Page ___1___ of ___1___

FD-597 (Rev. 4-13-2015)

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property

Case ID: 545A · BS - 3150034

On (date) 5/9/2025

item (s) listed below were:
- [x] Collected/Seized
- [ ] Received From
- [ ] Returned To
- [ ] Released To

(Name) Jan Paulino  Dob. 6/27/1996

(Street Address) 132 Ashcroft St.

(City) Dedham, MA 02026

Description of Item (s): Bulk cash, United States currency — $860,000.00

Received By: _[signature]_
(Signature)

Received From: _[signature]_
(Signature)

Printed Name/Title: Special Agent Garrett Hassett   Printed Name/Title: _[signature]_