

Benjamin Urbelis <ben@urbelislaw.com>

## Online claim has been successfully received by the Department of Justice Asset Forfeiture Program
1 message

**Department of Justice Asset Forfeiture Program - eNotes Messaging Service** &lt;AFMS.Services@usdoj.gov&gt;     Mon, Jul 21, 2025 at 8:24 PM

You have successfully filed an online claim at 07/21/2025 20:17:06 PM and your filing (tracking number 255M-C8B-97E-616), has been received by the appropriate federal agency. The claimant is Paulino, Jan and the filing includes 1 seized asset(s). You may continue to access this online claim for review and/or printing until 07/31/2025 20:17:06 PM.

Successful filing of your claim does not ensure your claim is valid. Claims are reviewed for validity and timeliness by the seizing agency's legal staff. Valid and timely claims are then referred to the United States Attorney's Office. The United States Attorney's Office will decide to either pursue the case in court or to direct the seizing agency to return the seized asset(s).

Please read the FAQ.

If you have any questions and/or concerns regarding this email, please contact the Department of Justice Asset Forfeiture Customer Service Center AFMS.Services@usdoj.gov.



**U.S. Department of Justice**

Federal Bureau of Investigation

Washington, DC 20535

July 22, 2025

Jan Paulino
132 Ashcroft Street
Dedham, MA 02026

RE: Claim for Seized Property(ies)

| | |
|---|---|
| Agency Case Number | : 545A-BS-3150034 |
| Seizure Number | : 3090250208 |
| Online Tracking Number | : 255M-C8B-97E-616 |
| Asset Identification | : 25-FBI-003349 |
| Asset Description | : $877,240.00 U.S. Currency from a Nissan Leaf, VIN 1N4CZ1CV6PC557008, registered to EAN HOLDINGS, LLC., and in the possession of Jan Paulino at 132 Ashcroft Street, Dedham, MA |

Dear Jan Paulino:

This letter acknowledges that the claim you filed has been received on July 21, 2025. This matter is being referred to the United States Attorney's Office for the District of Massachusetts.

Please ensure that any correspondence regarding this matter references the Asset Identification Number(s) which has/have been provided.

Future correspondences or questions should be directed to:

United States Attorneys Office
District of Massachusetts
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3100

Sincerely,

*Alison Pauly*

Alison Pauly
Associate Division Counsel