**URBELIS LAW, LLC**

October 27, 2025

United States Attorney's Office
District of Massachusetts
Attn: Asset Forfeiture Unit
1 Courthouse Way
Suite 9200
Boston, MA 02210
**VIA CERTIFIED MAIL**

RE:  Demand for Immediate Return of Seized Funds: $877,240.00
     Agency Case Number: 545A-BS-3150034
     Seizure Number: 3090250208
     Asset Identification: 25-FBI-003349

United States Attorney,

As you're aware, I represent **Jan Paulino**, whose **$877,240.00**
in U.S. currency was seized by agents of the Federal Bureau of
Investigation following a motor vehicle stop conducted by the
Massachusetts State Police on May 9, 2025. He then received
"Notice of Seizure of Property and Initiation of Administrative
Forfeiture Proceedings" with such notice date being July 3,
2025.

On **July 21, 2025,** on behalf of Mr. Paulino, my office filed
a verified claim with the Department of Justice through the
official online portal pursuant to 18 U.S.C. § 983(a)(2),
contesting the administrative forfeiture of the property.

Pursuant to 18 U.S.C. § 983(a)(3)(A) of the Civil Asset
Forfeiture Reform Act ("CAFRA"), once a timely claim has been
filed, the government has **90 days** to either:

1) **File a complaint for forfeiture** in the appropriate U.S.
   District Court; or
2) **Return the property** to the claimant; or
3) **Obtain an extension of time** from the court for good cause.

That 90- day statutory deadline **expired on October 19, 2025,**
and neither my client nor this office has received a) notice of
any civil or criminal forfeiture complaint in federal court, b)
any judicial order extending the government's filing deadline,
nor c) any return of the seized funds.

Accordingly, under 18 U.S.C. § 983(a)(3)(B), the government is
**required to promptly release the property** and "may not take any

44 School Street
6th Floor
Boston, MA 02108

T: (617) 830- 2188
F: (617) 507- 8188
www.urbelislaw.com

URBELIS LAW, LLC

further action to effect the civil forfeiture of such property in connection with the underlying offense."

<u>Demand</u>

Therefore, I hereby demand immediate return of the $887,240.00 in U.S. currency payable to "Jan Paulino, c/o Urbelis Law, LLC" within 10 business days of receipt of this letter. Please coordinate with my office (email) to arrange transfer or delivery of the funds.

Should the funds not be returned promptly, my client reserves all rights to pursue an action for return of property under Rule 41(g) of the Federal Rules of Criminal Procedure, and/ or for damages, costs, and interest as permitted by law, including under 28 U.S.C. § 2465(b)(1), which provides for interest, attorney's fees, and litigation costs upon prevailing in a forfeiture matter.

Please confirm receipt of this letter by November 3, 2025.

Sincerely,
Jan Paulino,
By His Attorney,

<u>/s/**Benjamin P. Urbelis**</u>
Benjamin P. Urbelis
BBO #: 672895
Urbelis Law, LLC
44 School Street, 6th Floor
Boston, MA 02108
T: (617) 830- 2188
F: (617) 507- 8188
**Ben@urbelislaw.com**

CC:   Federal Bureau of Investigation
      Asset Forfeiture Program
      935 Pennsylvania Avenue, NW
      Washington, D.C. 20535- 0001
      **VIA CERTIFIED MAIL**

44 School Street
6th Floor
Boston, MA 02108

T: (617) 830- 2188
F: (617) 507- 8188
www.urbelislaw.com

# U.S. Postal Service
# CERTIFIED MAIL® RECEIPT
## Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

Boston, MA 02210

Certified Mail Fee **$5.30**

$

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy)          $ _____
- ☐ Return Receipt (electronic)        $ _____
- ☐ Certified Mail Restricted Delivery $ _____
- ☐ Adult Signature Required           $ _____
- ☐ Adult Signature Restricted Delivery $ _____

Postmark
Here

CHARLESTOWN
MA 02129

A.M.

USPS

10/27/2025

Postage **$1.90**

$

Total Postage and Fees
**$11.60**

$

Sent To U. S. Attorney's Office, Dist. of MA

Street and Apt. No., or PO Box No.
1 Courthouse Way Suite 9200

City, State, ZIP+4®
Boston, MA 02210

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

# USPS Tracking®

 **FAQs >**

**Tracking Number:**                                   Remove ✕

# 9589071052701707663717

 Copy      Add to Informed Delivery

## Latest Update

Your item was delivered to the front desk, reception area,
or mail room at 11:31 am on October 28, 2025 in
BOSTON, MA 02210.

**Get More Out of USPS Tracking:**

 USPS Tracking Plus®

 **Delivered**
**Delivered, Front Desk/Reception/Mail Room**

BOSTON, MA 02210
October 28, 2025, 11:31 am

# U.S. Postal Service
# CERTIFIED MAIL® RECEIPT
## Domestic Mail Only

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20535

| | |
|---|---|
| Certified Mail Fee | $5.30 |
| $ | |

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $
- ☐ Return Receipt (electronic) $
- ☐ Certified Mail Restricted Delivery $
- ☐ Adult Signature Required $
- ☐ Adult Signature Restricted Delivery $

Postmark
Here

Postage $1.90
$

Total Postage and Fees
$11.60

10/27/2025

Sent To FBT: Asset Forfeiture program

Street and Apt. No., or PO Box No.
935 Pennsylvania Ave, NW

City, State, ZIP+4®
Washington, D.C. 20535-0001

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

**Tracking Number:**                                        Remove ∧

# 9589071052701707664882

 Copy       Add to Informed Delivery

## Latest Update

Your item was picked up at the post office at 6:19 am on
November 4, 2025 in WASHINGTON, DC 20535.

_____

**Get More Out of USPS Tracking:**

 USPS Tracking Plus®

 **Delivered**
**Delivered, Individual Picked Up at Post Office**

WASHINGTON, DC 20535
November 4, 2025, 6:19 am